**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELVIN L. JAMES, | Case No.: 2:25-cv-02377-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | [ECF No. 6] |
| OFFICE OF THE PUBLIC DEFENDERS, et al., | |
| Defendants | |

On January 14, 2026, Magistrate Judge Youchah recommended that I dismiss plaintiff Kelvin James' complaint without prejudice, but without leave to amend in this court. ECF No. 6. James did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 6) is accepted, and plaintiff Kelvin James' complaint (ECF No. 1-1) is dismissed without prejudice, but without leave to amend in this court. The clerk of court is instructed to close this case.

DATED this 5th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE